IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard Kenneth Galloway, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 5:15-4006-RMG |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Linda Thomas, ) | |
| ) | |
| Respondent. ) | |
| ) | |

This matter is before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge. (Dkt. No. 15). The Court hereby adopts the R & R as the order of the court.

Petitioner is a federal prisoner. On September 25, 2015, he filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Dkt. No. 1). The Magistrate Judge filed an R & R recommending that this Court dismiss Petitioner's Petition for Writ of Habeas Corpus on June 8, 2016 (Dkt. No. 8). Petitioner filed no objections.

Where a Magistrate Judge has submitted to a District Court a R & R, any party may file written objections within 14 days of the issuance of the R & R. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A District Court must "make a *de novo* determination of those portions of the report . . . or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Where no timely filed objection has been made, the District Court is obligated to review the R & R to confirm that "there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

The Court has reviewed the record in this matter, the R & R of the Magistrate Judge, and the applicable law. The Court finds that the Magistrate Judge has ably and thoroughly addressed

2

the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the R & R (Dkt. No. 15) as the order of this Court and **DISMISSES** the habeas petition.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

July 13, 2016
Charleston, South Carolina